### Morgan *et al. v.* Rupert.

Per Curiam. 1. If an owner of land rents a farm for a year, and there-
after the tenant applies to his landlord for a term of another year,
which application is not granted, and the tenant continues nevertheless
to occupy the land for several years without the knowledge or consent
of the owner, who lives in a distant State, and an attachment is levied
on the property several years after the expiration of the term for which
the land was leased, a notice of the levy given to the occupant is insuf-
ficient to authorize a judgment in the attachment suit against the
owner.

2. The evidence authorized the finding that the occupant of the land was
not the tenant of the owner, and therefore that notice to such occupant
of levy of the attachment was not notice to a tenant in possession
within the purview of the attachment law. The verdict in favor of the
owner, to the effect that there was no valid seizure under the attach-
ment, because of a lack of notice to the tenant in possession, was sup-
ported by the evidence.

3. There is no merit in any of the special grounds of the motion for new
trial.

4. The evidence authorized the verdict, and the court did not err in re-
fusing a new trial.

*Judgment affirmed. All the Justices concur, except Bell, J., who dissents.*

No. 11163. July 1, 1936. Rehearing denied July 18, 1936.

*Homer Legg,* for plaintiffs in error.
*Walter R. McDonald* and *L. C. Groves,* contra.